656842

%AO 442  (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

____Eastern____ District of ____Virginia____

UNITED STATES OF AMERICA

V.

Jarvis Jackson

**WARRANT FOR ARREST**

**FILED** Case Number: 1:02-CR-494

JUN 25 2008

**08-401-M-01**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Jarvis Jackson____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release   ☐ Probation   X Supervised Release   ☐ Violation Notice
  Violation Petition     Violation Petition      Violation

charging him or her with (brief description of offense)

Supervised Release Violation

in violation of Title ____18____ United States Code, Section(s) ____3583____

____Judith Lanham____              _(signature)_
Name of Issuing Officer              Signature of Issuing Officer

____Deputy Clerk____              04/14/2008, 401 Courthouse Square Alex, VA 22311
Title of Issuing Officer              Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED 5/25/08 | NAME AND TITLE OF ARRESTING OFFICER Receiving | SIGNATURE OF ARRESTING OFFICER Receiving |
|---|---|---|
| DATE OF ARREST | DUSM Julie Carrillo | Julie Carrillo |

UNITED STATES DISTRICT COURT

FOR

THE EASTERN DISTRICT OF VIRGINIA

APR 14 2008

08-401-M-01

U.S.A. vs. Jarvis Jackson          Docket No. 1:02CR00494-002

## Second Addendum to Petition on Supervised Release

On January 31, 2003, Mr. Jackson was sentenced on a charge of Conspiracy to Distribute 5 Grams or More of Cocaine Base, and Use, Carry and Possess Firearms During, in Relation and in Furtherance of a Drug Trafficking Crime. Your Honor sentenced the defendant to 120 months in the U.S. Bureau of Prisons, to be followed by a 4-year term of supervised release. On March 22, 2004, the sentence was reduced to 72 months in the U.S. Bureau of Prisons, with all other terms to remain in full force and effect.

Your Honor was notified of a violation of the terms of supervised release due to a new arrest on October 27, 2007, in Washington D.C. A summons was issued for Mr. Jackson on January 15, 2008. Mr. Jackson appeared before the Honorable Theresa Carroll Buchanan on February 5, 2008, and stipulated to the violation. Probable cause was found that the defendant was in violation, and the defendant was continued on supervised release with a hearing scheduled before Your Honor on May 21, 2008, for further proceedings.

The criminal charge which is the basis of the violation before Your Honor, Possession of Marijuana, 07-CMR-25113, has been continued to May 6, 2008, in the Superior Court of the District of Columbia.

On March 14, 2008, an addendum to the petition on supervised release was sent to the Court, due to a new charge incurred by the defendant. On February 25, 2008, Mr. Jackson was arrested by the Washington Metropolitan Police and charged with Possession with Intent to Distribute Marijuana, Possession of Amphetamines and Urinating in Public. On February 26, 2008, the charges of Possession with Intent to Distribute Marijuana and Possession of Amphetamines were no papered in the Superior Court for the District of Columbia. The defendant was permitted to pay a fine of $25.00 for a charge of Disorderly Conduct on February 26, 2008, and was released from custody.

**PRAYING THAT THE COURT WILL ORDER** a warrant be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this 14th day of April, 2008, that the petition previously issued be amended and that this Addendum be ordered filed and made part of the record in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4-4-08

_____
Elizabeth T. Louison
Senior U.S. Probation Officer

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

U.S.A. vs. <u>Jarvis Jackson</u>              Docket No. <u>1:02CR00494-002</u>
Page 2

<u>VIOLATION</u>: The following violation is submitted for the Court's consideration:

**MANDATORY CONDITION:**      **COMMISSION OF A CRIME - POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA.**

On April 1, 2008, Mr. Jackson was arrested by the Washington Metropolitan Police and charged with the above-noted offense.

The circumstances of this arrest, as detailed in an arrest report from the Metropolitan Police Department, indicate that at approximately 10:00 p.m. on April 1, 2008, three officers from the Metropolitan Police Department assigned to the Narcotics and Special Investigations Division-Gun Recovery Unit, were patrolling in the area of the 3100 block of 22nd Street, S.E., an area known for gun and drug violence. The defendant was observed standing on the sidewalk, and one of the officers, Officer Jordan Katz, exited an unmarked police vehicle to conduct casual contact with the defendant. When the defendant observed the police officer approaching, he fled on foot. The defendant was pursued through a parking lot, and was observed by Officer Katz tossing a blue and white bag with his right hand over his left shoulder into a rear yard of 3447 23rd Street, S.E. The police officer pursued the defendant into an apartment building, where the defendant was stopped. Officer Katz then responded to the rear of 3447 23rd Street with another officer, and recovered the bag which he had seen the defendant throw. The bag was found to contain 31 small clear zip locked bags containing a green leafy substance, 5 medium pink tinted zip locked bags containing a green leafy substance, and an amount of empty small clear zip locked bags and medium pink tinted bags.

The defendant has been charged with Felony Possession with Intent to Distribute Marijuana, and is presently detained. A preliminary hearing is scheduled for April 9, 2008, in the Superior Court for the District of Columbia.

It should be noted that this arrest occurred in the same block as the arrest on February 25, 2008, and as the arrest on October 27, 2007. Mr. Jackson has incurred these three arrests since his release from the U.S. Bureau of Prisons on October 12, 2007. He has been unemployed throughout the period of supervision, and has been delinquent in submitting monthly reports to the officer supervising him in Maryland. Mr. Jackson was placed in a drug treatment program following his first arrest, which meets weekly. Mr. Jackson has failed to attend counseling on February 5 and 26, 2008, and March 4 and 25, 2008.

It is respectfully recommended that a warrant be issued for the defendant, and that he be detained in custody until the hearing scheduled before Your Honor on May 21, 2008.

PTL:smk



UNITED STATES DISTRICT COURT

FOR

THE EASTERN DISTRICT OF VIRGINIA

APR - 2008

U.S.A. vs. Jarvis Jackson

Docket No. 1:02CR00494-002

**08-401-M-01**

Addendum to
Petition on Supervised Release

On January 31, 2003, Mr. Jackson was sentenced on a charge of Conspiracy to Distribute 5 Grams or More of Cocaine Base, and Use, Carry and Possess Firearms During, in Relation and in Furtherance of a Drug Trafficking Crime. Your Honor sentenced the defendant to 120 months in the U.S. Bureau of Prisons, to be followed by a 4 year term of supervised release. On March 22, 2004 the sentence was reduced to 72 months in the U.S. Bureau of Prisons, with all other terms to remain in full force and effect.

Your Honor was notified of a violation of the terms of supervised release due to a new arrest on October 27, 2007, in Washington D.C. A summons was issued for Mr. Jackson on January 15, 2008. Mr. Jackson appeared before the Honorable Theresa Carroll Buchanan on February 5, 2008 and stipulated to the violation. Probable cause was found that the defendant was in violation, and the defendant was continued on supervised release with a hearing scheduled before Your Honor on March 21, 2008, for further proceedings.

The criminal charge which is the basis of the violation before Your Honor, Possession of Marijuana, 07 CMB 25,315, has been continued to May 6, 2008, in the Superior Court of the District of Columbia.

VIOLATION. The following violation is submitted for the Court's consideration

MANDATORY CONDITION: COMMISSION OF A CRIME - POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA, POSSESSION OF AMPHETAMINES, URINATING IN PUBLIC.

On February 15, 2008, Mr. Jackson was arrested by the Washington Metropolitan Police and charged with the above noted offenses. On February 26, 2008, the charges of Possession with Intent to Distribute Marijuana and Possession of Amphetamines were no papered in the Superior Court of the District of Columbia. The defendant was permitted to pay a fine of $35.00 for a charge of Disorderly Conduct on February 26, 2008 and was released from custody.

ORDER OF COURT

Considered and ordered this 2nd day of April, 2008, that the petition previously issued be amended and that this Addendum be ordered filed and made part of the record in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/14/08

_____
Elizabeth P. Louison
Senior U.S. Probation Officer

Place: Alexandria, Virginia

APR 4

TO CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF VIRGINIA



JAN 15 2008

U.S.A. vs. Jarvis Jackson      Docket No. 1:02CR00494-002

### Petition on Supervised Release

COMES NOW Elizabeth T. Louison, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jarvis Jackson, who was placed on supervision by the Honorable Gerald Bruce Lee sitting in the Court at Alexandria, Virginia, on the 31st day of January, 2003, who fixed the period of supervision at 4 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed the following special conditions: The defendant shall participate in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol with partial cost to be paid by the defendant, all as directed by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Returnable Date: 3-5-08 at 10:00am

### ORDER OF COURT

Considered and ordered this 15 day of January, 2008 and ordered filed and made a part of the records in the above case.

_____
Gerald Bruce Lee
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1-11-08

_____
Elizabeth T. Louison
Senior U.S. Probation Officer

Place Alexandria, Virginia

JAN 16 2008

TO CLERK'S OFFICE

Petition on Supervised Release
Page 2
RE: JACKSON, Jarvis

OFFENSE: Conspiracy to Distribute 5 Grams or More of Cocaine Base, and Use, Carry and Possess Firearms During, and in Relation and in Furtherance of a Drug Trafficking Crime.

SENTENCE: The defendant was sentenced to 120 months in the U.S. Bureau of Prisons, to be followed by a 4-year term of supervised release. On March 22, 2004, this sentence was reduced to 72 months in the U.S. Bureau of Prisons with all other terms to remain in full force and effect.

ADJUSTMENT TO SUPERVISION: Mr. Jackson has been supervised in the District of Maryland, since his release on October 12, 2007, due to his residence in that district.

The defendant's supervising officer, U. S. Probation Officer Christina Oscanoa, advises that the defendant reported to her on October 24, 2007 and was given an appointment for substance abuse treatment to begin November 14, 2007. Mr. Jackson reported to U.S. Probation Officer Oscanoa again on November 14, 2007, and advised of a new arrest. He provided negative specimens on those reporting dates. Mr. Jackson has reported employment as a telemarketer.

VIOLATION: The following violation is submitted for the Court's consideration

GENERAL CONDITION: WHILE ON SUPERVISED RELEASE, THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

On October 27, 2007, Mr. Jackson was arrested by the Washington D.C. Metropolitan Police and charged with Possession of Marijuana and Possession of Open Alcohol Container. He is scheduled to appear in the Superior Court for the District of Columbia on February 27, 2008.

The circumstances of this arrest were not available at the time of this petition, however, this officer will provide the court with a statement of charges once it is received.

ETL/smk