Rev 1/07

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

*Return Copy*

Date: 07/08/08

Address of Other Court: USDC Eastern District of VA
Criminal Division
401 Courthouse Square
Alexandria, VA 22314

**FILED**

JUL 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: CR 08-MJ-401

Dear Clerk of the Court:

　　Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

☑ Docket Sheet                          ☑ Warrant of Removal

☑ Complaint                             ☐ Order of Removal

☐ Minute Order Appointing Counsel       ☐ Detention Order

☐ Corporate Surety Bond                 ☑ Waiver of Removal

☐ Personal Surety Bond

☑ Other: Blotter Filed on 6/25/08

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
　　　　　　　　Deputy Clerk